WILLIAM C. HAIGHT, Respondent, *v.* HAIGHT & FREESE COMPANY, Appellant.

*Haight v. Haight & Freese Co.,* 112 App. Div. 475, affirmed.
(Submitted November 26, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an accounting.

*Franklin Bien* for appellant. .

*William P. Maloney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM DIXON, Respondent.

*People v. Dixon,* 118 App. Div. 593, appeal dismissed.
(Submitted December 9, 1907; decided December 10, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1907, which reversed a judgment of the Onondaga County Court rendered upon a verdict convicting the defendant of the crime of burglary in the third degree and granted a new trial.

*William L. Barnum* for appellant.

*Harley J. Crane* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.